JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AER S., | ) | No. CV 18-8461 FFM |
| Plaintiff, | ) ) | JUDGMENT OF REMAND |
| v. | ) ) | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: March 13, 2020

/S/FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge