JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AER STEPHEN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW SAUL, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ) <br> ) <br> Defendant ) <br> _____ | CASE NO. 18-CV-8461 JFW (FFM) <br><br> ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,200.00 in attorney's fees, as well as reimbursement of the $400.00 filing fee, for a total of $4,600.00, subject to the terms of the stipulation.


Dated:   June 11, 2020

  /s/ PATRICK J. WALSH
 HON. PATRICK J. WALSH
 U.S. Magistrate Judge